## **CHARGE**

Between October 3 and October 4, 2013, in Jasper County, in the Western District of Missouri, JEDEDIAH STOUT, defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the building at 701 South Illinois Avenue, Joplin, Missouri, used in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).