# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Stacy Lee Moore, being duly sworn, hereby depose and say:

1) I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2004. I am currently assigned to the Joplin, Missouri Resident Agency and work a variety of crimes, including violations of Civil Rights. I have received training in the investigation of these types of crimes through the FBI Academy. I have also received training from other agents experienced in working these types of investigations.

2) The statements in this affidavit are based on information learned by your affiant during the course of investigating the attempted arson at the Planned Parenthood facility in Joplin, Missouri on October 3, 2013 and October 4, 2013 and information received from other law enforcement officers with knowledge of the investigation. Since this affidavit is being prepared for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JEDEDIAH STOUT attempted to damage or destroy, by means of fire or an explosive, a building used in interstate commerce in violation of Title 18, United States Code, Section 844(i), arson.

3) On Thursday, October 3, 2013, at approximately 6:00 P.M., an employee of Planned Parenthood, located at 701 S. Illinois Avenue, Joplin, Missouri, arrived at the facility and parked in the vicinity of the rear entrance. As the employee exited her vehicle, the employee noticed an object located on the roof of the facility and a partially burned piece of material located on the ground

1

near the rear entrance. After noticing these items, the employee moved her vehicle and contacted law enforcement.

4) Officers and investigators with the Joplin, Missouri Police Department arrived at the Planned Parenthood facility at approximately 6:20 P.M. on October 3, 2013. After arriving on scene, a Joplin Police Department Investigator photographed the crime scene and collected the items discovered by the employee. A more thorough review of these items revealed that the item located on the roof of the facility and observed by the facility employee was a black, backpack. Tied to the handle of this backpack was what appeared to be a camouflage colored rope of some type, with a black, plastic sleeve. The rope tied to the backpack was partially burned and sections of the partially burned rope were also located on the ground near the rear entrance of the facility. Additionally, Joplin Police department Investigators observed a clear, plastic container filled with an unknown, bi-layered liquid located in the guttering of the facility, approximately three feet from where the backpack was discovered.

5) In addition to collecting physical evidence, the facility's video surveillance system was reviewed. This review showed that on Thursday, October 3, 2013, at approximately 12:00 A.M., an unknown individual, wearing dark pants and a light colored jacket with a light colored "hoodie" pulled over his/her head, approached the rear entrance of the Planned Parenthood facility. The individual then placed the black backpack that was recovered from the roof of the facility on the ground and retrieved a section of the camouflaged colored rope from the backpack. The individual then made several attempts to toss the backpack onto the roof of the facility and eventually caused the backpack to wedge on the roof between the roof and several sets of telephone and/or cable lines entering the building. After successfully tossing the backpack onto the roof, the individual was observed lighting the camouflaged colored rope

2

extending from the backpack to the ground. After the individual lit the rope, the individual was observed departing the view of the security cameras by traveling in a northwest direction on foot.

6) After obtaining the backpack from the Joplin Police Department, agents with the FBI examined the backpack and located a manufacturing tag located on the inside of the backpack. The UPC Code located on the backpack was 061884220425. The manufacturing tag also included a style number, UL22A900 and a WM#, 22A700BK-0312. The WM number contained on the tag corresponds to a Wal-Mart contract number. Agents with the FBI contacted investigators with Wal-Mart Global Investigations and learned that the backpack was manufactured for Wal-Mart and sold at Wal-Mart stores located throughout the United States. Initial information received from Wal-Mart indicated that the backpack may have been sold at a Wal-Mart store located in Neosho, Missouri.

7) After obtaining this information, agents and investigators traveled to the Wal-Mart store in Neosho, Missouri to meet with asset protection personnel. While at this store, an item was discovered in the pet care section that matched the physical description of the camouflaged colored rope that was found tied to the backpack that was located on the roof of the Planned Parenthood facility on October 3, 2013. The item discovered at Wal-Mart was a "Pet Champion brand X-Large camo five knot with handle rope toy," bearing UPC # 4487500180.

8) After learning that the camouflaged colored rope was actually a pet toy sold by Wal-Mart, Wal-Mart Global Investigations was served a Federal Grand Jury subpoena requesting Wal-Mart to identify transactions in the area surrounding Joplin, Missouri where the camouflaged colored pet toy and the black backpack were sold during the same transaction.

9) On October 4, 2013 at approximately 11:15 P.M., your affiant was contacted by the Joplin Police Department and informed that another attempt had been made to burn the Planned Parenthood

3

Case 3:13-cr-05054-BCW   Document 1-2   Filed 10/18/13   Page 3 of 8

facility located at 701 S. Illinois Avenue, Joplin, Missouri. After arriving at the scene, your affiant made contact with facility employees and reviewed surveillance video that was captured by the facility's security cameras. A review of the surveillance video indicated that at approximately 11:00 P.M. on October 4, 2013, an unidentified individual approached the rear of the Planned Parenthood facility. This individual was wearing dark pants, a light colored jacket with a light colored "hoodie". This individual was observed throwing some type of device onto the roof of the facility in the same vicinity as the first attempt. This individual was then observed igniting material that was hanging from the item thrown onto the roof. After igniting this material, the individual departed the area traveling south on foot. Due to the items thrown by the individual burning completely, there was little physical evidence collected by investigators.

10) In addition to reviewing the surveillance video, your Affiant learned that members of the Joplin Police Department had detained an individual who was observed walking on the railroad tracks located approximately five blocks from the Planned Parenthood facility a short time after the reports of the fire were received. This individual was identified as JEDEDIAH STOUT. According to the detaining officers, STOUT was observed at approximately 11:15 P.M. walking north on the railroad tracks located in the vicinity of 9th Street and Minnesota Avenue. As the officers approached STOUT, STOUT informed the officers that he was intoxicated and was just out walking. According to the arresting officers, STOUT did not appear to be intoxicated and did not smell of alcohol. Additionally, the detaining officers indicated that STOUT was sweating profusely. The detaining officers requested permission to search STOUT's pockets and received consent. STOUT informed the officers that he had a cigarette lighter in his front pocket. After retrieving the lighter from STOUT's front pocket, the searching officer indicated

4

that after touching STOUT's front pocket, his hand smelled of some type of fuel, possibly lighter fluid or butane. The officers indicated that although STOUT had a cigarette lighter in his pocket, STOUT did not have any cigarettes on his person and did not smell of cigarette smoke. STOUT was cited for trespassing on the railroad and was transported to the Joplin City Jail. STOUT was not wearing a jacket or "hoodie" at the time he was detained by law enforcement.

11) On Saturday, October 5, 2013, STOUT was interviewed by your affiant and Special Agent Brian Ford. During a post-*Miranda* interview, STOUT stated that he was "sort of" homeless and on the evening of October 4, 2013, he had visited the OK Bar located on Main Street in Joplin, Missouri and drank Absolute Vodka, Jim Beam and beer. STOUT indicated that he became extremely intoxicated and left the bar to walk to the AAA Taxi office located at 9th and Minnesota in Joplin, Missouri. STOUT indicated that he was walking to the taxi office when he was detained by the Joplin Police Department. When STOUT was informed that the officers who arrested him indicated that they smelled lighter fluid on his clothing, STOUT stated that this was probably due to him spilling vodka on his clothing while drinking at the bar. STOUT was asked if he had any involvement in the attempted arson at the Planned Parenthood facility and stated that he did not.

12) While STOUT was being interviewed, investigators with the Joplin Police Department traveled to the OK Bar and showed an employee who had been working on the evening on October 4, 2013 a photograph of STOUT. In this photograph, STOUT was wearing the same shirt that he was wearing when he was arrested. The employee was asked if he recalled seeing STOUT in the OK Bar on the evening of October 4, 2013. The employee stated that he did not recall seeing STOUT during his shift at the bar and that based on the unique design of the shirt STOUT was

5

Case 3:13-cr-05054-BCW   Document 1-2   Filed 10/18/13   Page 5 of 8

wearing, the employee was confident that he/she would have recalled seeing a person wearing such a unique shirt.

13) On October 9, 2013, Wal-Mart Global Investigation provided a response to a Grand Jury subpoena requesting Wal-Mart purchases that included both a backpack and a camouflage colored dog rope toy. According to the information provided by Wal-Mart, on October 1, 2013, an individual purchased one backpack matching the UPC Code of the backpack recovered from the Planned Parenthood facility and three of the dog rope toys from a Wal-Mart in Joplin, Missouri located at 1501 S. Range Line Road. Wal-Mart Global Investigations were able to provide a sales receipt that captured all items purchased during this transaction to include the UPC codes associated with the items. After reviewing the sales receipt, it was noted that the purchaser of these items also purchased a bottle of alcohol. The sales associate conducting the transaction captured the birth date of the purchaser as 12/11/1983. This is JEDEDIAH STOUT's date of birth.

14) Based on this information, agents and investigators traveled to the Wal-Mart store located at 1501 S. Range Line Road in Joplin, Missouri with a copy of the sales receipt provided by Wal-Mart Global Investigations. Asset protection personnel were contacted and were able to produce surveillance camera video which captured the individual purchasing these items. After reviewing the video, your affiant was able to identify the individual purchasing the black backpack with the same UPC Code as the backpack recovered from the Planned Parenthood facility on October 3, 2013 and three camouflage-colored dog rope toys, matching the items recovered from the Planned Parenthood facility on October 3, 2013, as JEDEDIAH STOUT. JEDEDIAH STOUT was also observed purchasing a large jacket. According to the sales receipt, this jacket was captured as a "DICKIES JKT" with UPC code 076125366853. Agents and

investigators located a jacket with the matching UPC Code as the jacket purchased by Stout. This jacket is dark in color and contains a sewn in, light colored hoodie. This jacket was purchased by Investigators for investigative purposes. In addition to the surveillance video capturing the purchases made by STOUT, Wal-Mart asset protection personnel were able provide surveillance video which captured STOUT loading the items he purchased into the trunk area of a white, four-door Dodge Charger being driven by an individual known to be Leanard Stout, JEDEDIAH STOUT's father, and departing the Wal-Mart parking lot.

15) On October 10, 2013 at approximately 11:00 P.M., agents and investigators traveled to the Planned Parenthood facility in Joplin, Missouri. An investigator with the Joplin Police Department wore the jacket previously purchased at Wal-Mart matching the UPC Code of the jacket purchased by STOUT and walked outside the rear of the facility. After a few minutes, the facility's video surveillance was downloaded and the video reviewed by agents and investigators. The dark colored jacket worn by the Joplin Investigator appeared to be a light colored jacket when viewed on the surveillance video system of the Planned Parenthood facility.

16) On October 17, 2013, your Affiant received a report from the Missouri State Highway Patrol crime Laboratory Division, Carthage, Missouri, pertaining to analysis the lab performed on the clear plastic bottle containing a bi-layered liquid that was recovered from the gutter of the Planned Parenthood facility on October 3, 2013. According to the report, the lab was able to extract a latent fingerprint from this bottle and when this print was compared with fingerprints obtained from JEDEDIAH STOUT, a positive match was made between this extracted latent print and the right thumb print of JEDEDIAH STOUT.

17) Planned Parenthood Federation of America (PPFA), commonly shortened to Planned Parenthood, is the United States affiliate of the International Planned Parenthood Federation

7

(IPPF) and one of its larger members.  Planned Parenthood is a non-profit organization providing reproductive health and maternal and child health services.  Planned Parenthood is a federation of 85 independent Planned Parenthood affiliates around the United States.  These affiliates together operate more than 820 health centers in all 50 states and the District of Columbia.  The Planned Parenthood facility in Joplin, Missouri provides health care to patients from Missouri and other states.

18) Based on the foregoing, your affiant believes that there is probable cause to believe that on October 3, 2013 and October 4, 2013, JEDEDIAH STOUT  attempted to damage or destroy, by means of fire or an explosive, a building used in interstate commerce in violation of Title 18 United States Code,  Section 844(i).

                                                      Stacy Lee Moore, Special Agent
                                                     Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of October, 2013,

                                                     David P. Rush
                                                   United States Magistrate Judge