IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>        v.<br><br>**JEDEDIAH STOUT,**<br>[DOB 12-11-1983]<br>        **Defendant.** | No. 13-05054-01-CR-SW-DGK<br><br>COUNTS 1 & 2<br>18 U.S.C.§ 844(i)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (each count) |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about October 3, 2013, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the building at 701 South Illinois Avenue, Joplin, Missouri, used in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**COUNT 2**

On or about October 4, 2013, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the

building at 701 South Illinois Avenue, Joplin, Missouri, used in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**A TRUE BILL**

*/s/*
FOREPERSON OF THE GRAND JURY

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

DATED: 11/05/2013