**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-05054-01-CR-SW-DGK |
| JEDEDIAH STOUT, | |
| Defendant. | |

**MOTION FOR PRE-TRIAL PSYCHIATRIC EXAMINATION FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE**

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves this Honorable Court, pursuant to Title 18, United States Code, Section 4241(a) and Rule 12.2 of the Federal Rules of Criminal Procedure for a pre-trial psychiatric examination of the defendant to determine whether he was insane at the time of the offense alleged in the indictment pending against the defendant. As grounds for this motion, the government states the following:

1.  The defendant has filed a Notice of Insanity Defense pursuant to Federal Rules of Criminal Procedure 12.2(a), thereby placing the United States on notice that the defendant may rely on the defense of insanity at the time of the offense and may introduce expert testimony relating to the mental disease or defect or some other mental condition of the defendant bearing upon the defendant's guilt.

2.  Upon filing of such notice by the defendant, the United States, pursuant to Title 18, United States Code, Section 4242(a), is entitled to a

court-ordered psychiatric examination of the defendant in order to determine whether or not he was insane at the time of the offense.

WHEREFORE, based on the foregoing, the United States requests that the Court order the defendant to undergo a psychiatric examination in order to determine the existence of insanity at the time of the offense.

Respectfully submitted,

Tammy Dickinson
United States Attorney


By:     */s/ James J. Kelleher*
        James J. Kelleher
        Assistant United States Attorney
        Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 24, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney

3