**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JEDEDIAH STOUT,**
[DOB 12-11-1983]

**Defendant.**

**No.** 13-05054-CR-SW-BCW

**COUNTS 1 & 2**
18 U.S.C.§ 844(i)
NLT 5 Years Imprisonment
NMT 20 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNT 3**
18 U.S.C. § 247(a)(1)
NMT 20 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNT 4**
18 U.S.C. § 248(a)(3)
NMT 1 Year Imprisonment
NMT $250,000 Fine
NMT 1 Year Supervised Release
Class A Misdemeanor

$100 Special Assessment (each count)

**SUPERSEDING INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT 1**

On or about October 3, 2013, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the building at 701 South Illinois Avenue, Joplin, Missouri, used in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**COUNT 2**

On or about October 4, 2013, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, the building at 701 South Illinois Avenue, Joplin, Missouri, used in and affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**COUNT 3**

On or about August 6, 2012, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, did knowingly and intentionally deface, damage, and destroy religious real property, to wit: the Joplin Islamic Center, by and through the use of fire, because of the religious character of that property, which offense was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 247(a)(1).

**COUNT 4**

On or about October 3, 2013, in Jasper County, within the Western District of Missouri, **JEDEDIAH STOUT**, defendant herein, did intentionally attempt to damage and destroy, the property of a facility, namely Planned Parenthood of Joplin, Missouri, because such facility provides reproductive health services, all in violation of Title 18, United States Code, Section 248(a)(3).

TAMMY DICKINSON
United States Attorney

/s/ [signature]

James J. Kelleher
Assistant United States Attorney

DATED: 4/18/16