UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JEDEDIAH STOUT | ) Case No. 13-05054-01-CR-SW-BCW |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, it is hereby ORDERED that the following be added to the conditions of supervised release for Jedediah Stout:

**The defendant shall adhere to and abide by instructions related to any and all prescription mental health medication as prescribed by a psychiatrist, physician, or other medical personnel.**

**The defendant will reside in and satisfactorily participate in the Crane Residential Care Home, until discharged by the center director after consultation with the Probation Office.**

s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated at Kansas City, Missouri, this 6th day of August, 2018.